UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ETHAN RODRIGUEZ,<br><br>    Plaintiff<br><br>v.<br><br>LYFT, INC.,<br><br>    Defendant | Case No.: 2:21-cv-00208-APG-EJY<br><br>**Order Remanding for Lack of Subject Matter Jurisdiction** |

Defendant Lyft, Inc. removed this action from state court on the basis of diversity jurisdiction. ECF No. 1. I previously ordered defendant Lyft to show cause why this action should not be remanded for lack of subject matter jurisdiction. ECF No. 6.

Based on my judicial, legal, and practical experience and common sense, Lyft has not met its burden of establishing by a preponderance of the evidence that the amount in controversy exceeds $75,000. *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1061 (11th Cir. 2010). *Ashcroft v. Iqbal,* 556 U.S. 662, 679 (2009). Lyft presents only the plaintiff's request for exemption from arbitration filed in state court, which identifies $27,057.42 in medical bills. Consequently, I must remand this action to state court.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 1st day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE